# United States Court of Appeals
# for the Fifth Circuit

———————

No. 26-60048
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

July 31, 2026

Lyle W. Cayce
Clerk

IN THE MATTER OF ABBY G. ROBINSON AND RICKY E. ROBINSON,

*Debtors*,

ABBY G. ROBINSON; RICKY E. ROBINSON,

*Appellants*,

*versus*

BRIDGEWATER OWNERS ASSOCIATION, INCORPORATED,

*Appellee*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:23-CV-456

———————————————————————

Before WIENER, WILLETT, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 26-60048

Appellants Abby and Ricky Robinson, *pro se*, contend that the district court erred when it dismissed their appeal of a bankruptcy court judgment. When the district court had already closed that case, the Robinsons moved to appeal the judgment but failed to abide by the proper instructions and procedure for perfecting an appeal. Accordingly, the district court dismissed the Robinsons' filing, to which the Robinsons now appeal.

Indeed, the Robinsons lodge a kitchen sink of jurisdictional and constitutional claims alleging the district court's purported error in violation of the Full Faith and Credit Clause. But the district court properly instructed the Robinsons as to their recourse in pursuing an appeal, to which they inexplicably disregarded and now seek to circumvent. *See* Fed. R. Bankr. P. 8002(a)(1); *id.* 8003(a)(3). Our review of the record and district court's judgment demonstrates no reversible error. *See In re Berman-Smith*, 737 F.3d 997, 1003 (5th Cir. 2013).

AFFIRMED.